UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Jose Nacacio Amu | ) | No. 3:10-cv-381 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant | ) | |

The plaintiff Jose Nacacio Amu *pro se* has filed a second and/or successive Title 28

United States Code section 2255 motion without justification.  Plaintiff was indicted by a grand

jury in case number 3:97-cr-40, was convicted at trial, exhausted his direct appeal, and exhausted

his habeas rights in his original section 2255 motion. He has not shown why he is entitled to this

successive section 2255 motion.

Thus the Court DENIES his motion and DISMISSES this civil action.

IT IS SO ORDERED.

Signed: August 18, 2010

Frank D. Whitney
**United States District Judge**