# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Nacacio Amu,

    Petitioner,

vs.

United State of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-381-FDW
(3:97-cr-40-11)

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2010 Order.

Signed: August 18, 2010

Frank G. Johns, Clerk
United States District Court